UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEANETTE WORRELL,

       Plaintiff,

v.                              Case No.

COMMUNITY THERAPY HOME CARE, INC., a Florida corporation; and ELAINE R. MACCOLLOM,

       Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, JEANETTE WORRELL (hereafter "Plaintiff"), hereby sues Defendants, COMMUNITY THERAPY HOME CARE, INC., a Florida corporation ("Defendant CTHC"); and ELAINE R. MACCOLLOM ("Defendant Owner"), and alleges:

## NATURE OF ACTION

1.    This action is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 et seq. ("FLSA") to redress Defendants' failure to compensate Plaintiff for overtime work.

## JURISDICTION AND VENUE

2.    This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1331.

3.    Defendants' unlawful conduct under the FLSA was committed within the jurisdiction of the Tampa Division of the United States District Court for the Middle District

of Florida.

4. Defendants conduct business in the Middle District of Florida as a home health agency. Defendant CTHC is an enterprise engaged in commerce under the FLSA and has annual revenues greater than $500,000 per year.

5. Plaintiff commenced employment for Defendant in or around March 2010 as an office employee performing routine administrative tasks as specified by Defendant Owner, who allowed Plaintiff no discretion as to how to perform tasks or achieve Defendants' objectives.

6. Plaintiff was paid a salary but performed non-exempt duties.

7. Plaintiff consistently worked 50-60 hours per week for Defendants and was never paid overtime compensation. Plaintiff was constantly bombarded with emails and text messages requesting information from Defendant Owner before, during and after her "shift" ended.

8. Plaintiff also spent countless hours coordinating staffing needs when the office was closed including weekends and holidays for which she was never compensated.

9. Defendants knew Plaintiff worked overtime hours on a weekly basis but willfully failed to compensate Plaintiff.

## COUNT I: OVERTIME VIOLATIONS UNDER FLSA

10. Plaintiff restates the allegations contained in paragraphs 1 through 9.

11. Defendant repeatedly and willfully violated the FLSA by failing to pay Plaintiff one and one-half times her regular rate for hours worked in excess of 40 per week.

12. Plaintiff occupied a non-exempt position with Defendant.

13. Plaintiff has been damaged by the foregoing willful conduct of Defendant.

WHEREFORE, Plaintiff requests this Honorable Court to:

    A.    Order Defendant pay an award of back pay and liquidated damages to Plaintiff;

    B.    Order Defendant to pay prejudgment interest on all sums due Plaintiff;

    C.    Order Defendant to pay an award of attorney's fees and costs; and such further relief as the Court deems just, necessary, and proper.

### COUNT II: UNJUST ENRICHMENT

14.    Plaintiff restates the allegations contained in paragraphs 1 through 9.

15.    Defendants demanded that Plaintiff utilize her personal vehicle to carry out her assigned duties without any compensation or reimbursement for mileage.

16.    Defendants at times required Plaintiff to purchase office supplies without reimbursement.

17.    Defendants required Plaintiff to utilize Plaintiff's personal cell phone to communicate with Defendant Owner at Plaintiff's sole expense.

18.    Defendants have been unjustly enriched by Plaintiff's personal expenditures and use of her own assets.

19.    Plaintiff has been damaged by the foregoing conduct of Defendants.

WHEREFORE, Plaintiff requests this Honorable Court to:

    A.    Order Defendant to pay fair compensation to Plaintiff;

    B.    Order Defendant to pay prejudgment interest on all sums due Plaintiff;

    C.    Order Defendant such further relief as the Court deems just, necessary, and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiff demands trial by jury as to all issues so triable.

    Respectfully submitted,

/s/ Craig L. Berman
Craig L. Berman, Esquire
Fla. Bar No. 068977
Plaza Tower
111 Second Avenue N.E.
Suite 706
St. Petersburg, FL 33701
(727) 550-8989
(727) 894-6251
craig@bermanlawpa.com

**TRIAL COUNSEL FOR PLAINTIFF**